## Commonwealth *v.* Artz et al., Appellants.

Argued January 26, 1926.   Appeal, No. 18, March T., 1926, by defendants, from decree of C. P. Allegheny Co., Jan. T., 1925, No. 1214, awarding injunction, in case of Commonwealth v. William J. Artz et al.   Before Mosch-zisker, C. J., Frazer, Walling, Simpson, Kephart and Sadler, JJ.   Affirmed.

Per Curiam, March 15, 1926:

This case involves a similar state of facts to those in Commonwealth v. Dietz (No. 19, March Term, 1926); hence the same rules of law apply as are discussed at length in that case, where we have this day filed an opinion.

The decree is affirmed at cost of appellants.